UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
　:
E.T. et al.,　:
　:
　　　　　　　　　　　Plaintiffs,　:
　:　20-CV-8322 (JMF) (SDA)
　　　-v-　:
　:　ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,　:
　:
　　　　　　　　　　　Defendant.　:
　:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　Pursuant to the Court's Order dated October 8, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 6.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **November 19, 2020**.

　　　SO ORDERED.

Dated: November 12, 2020
　　　　New York, New York　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge