UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



E.T. et al.,

                              **Plaintiffs,**

-against-

New York City Department of Education,

                              **Defendant.**

**1:20-cv-08322 (JMF) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today at which only counsel for Defendant appeared, the Court orders that the parties appear for a telephone conference on Tuesday, February 16, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Failure of Plaintiffs' counsel to appear at that February 16 conference may result in the imposition of sanctions.

**SO ORDERED.**

DATED:       New York, New York
                   January 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge