

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ROSEMARY C. YOGIAVEETIL**
Phone: (212) 356-0877
Fax: (212) 356-1148
ryogiave@law.nyc.gov


DATE FILED: 2/11/2021

February 11, 2021

**Via ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

ENDORSEMENT: The status conference currently scheduled for February 16, 2021 is adjourned to March 17, 2021 at 2:00 PM. SO ORDERED.

Dated: February 11, 2021

Re:  *E.T. et al v. N.Y.C. Dep't of Educ., et al,* 20-CV-8322 (SDA)

Dear Magistrate Judge Aaron:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendant in the above-referenced action. I write jointly with Plaintiffs' counsel, Adam Dayan, Esq., to advise the Court that the parties have agreed to settle this action.

    The parties are in the process of completing the necessary paperwork in order to effectuate the settlement. The parties intend to finalize and submit a proposed Stipulation of Settlement and Order of Dismissal with Prejudice for the Court's review and approval within thirty days.

    Thus, the parties respectfully request that the status conference currently scheduled for February 16, 2021 be adjourned *sine die* or, in the alternative, by thirty days. This is the parties' first request to adjourn the February 16, 2021 status conference.

    Thank you for your consideration of this request.

Respectfully submitted,

    /s/
Rosemary C. Yogiaveetil
Assistant Corporation Counsels

cc: **Via ECF**
Adam Dayan
Law Offices of Adam Dayan, PLLC
222 Broadway, 19th Floor
New York, New York 10038
*Attorney for Plaintiffs*